UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Christopher L. Falcone,

Plaintiff,

vs.

The University of Minnesota
and the Board of Regents,

Defendants.

---

File No. 01-1181 JRT/SRN

ORDER FOR INDEFINITE EXTENSION OF TIME ON PRE-TRIAL SCHEDULING ORDER PURSUANT TO RULE 16

The above-entitled matter came duly on for hearing before the undersigned United States Magistrate Judge for the District of Minnesota. The matter is before the court pursuant to this stipulation of the parties attached hereto and made a part hereof.

The court upon stipulation of the parties hereby orders that the pretrial scheduling order of this court dated and filed September 19, 2001, shall and hereby is indefinitely extended pending a determination by the Honorable John R. Tunheim of defendant's Rule 12C motion to dismiss or in the alternative Rule 56 motion for summary judgment which is presently scheduled for oral argument on December 13, 2001 at 9:00 a.m.

Should the court decide to dismiss said motions, the parties will meet and confer on a new discovery schedule and then this court will schedule an appropriate hearing pursuant to the rules.

FILED DEC 04 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

This order is being made in consideration of judicial economy, to save the parties' time, effort and expense should the District Court grant defendant's Rule 12C motion.

Dated: December 4, 2001

BY THIS COURT:

Susan Richard Nelson

United States Magistrate Judge

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Christopher L. Falcone,

Plaintiff,

vs.

The University of Minnesota
and the Board of Regents,

Defendants.

---

File No. 01-1181 JRT/SRN

STIPULATION FOR INDEFINITE EXTENSION OF TIME ON PRE-TRIAL SCHEDULING ORDER PURSUANT TO RULE 16

The above-captioned parties, through their respective counsel, hereby stipulate and agree that the deadlines contained in the pretrial scheduling order of the above-captioned court dated and filed September 19, 2001, be and hereby are indefinitely suspended pending a determination by the United States District Court, the Honorable John R. Tunheim, of Defendants Rule 12C motion to dismiss or alternatives Rule 56 motion for summary judgment which is presently scheduled for oral argument on December 13, 2001 at 9:00 a.m.

The parties further stipulate and agree that should the court issue an order dismissing defendants Rule 12C motion, that the parties will meet and confer on the new discovery schedule and then schedule a hearing before Magistrate Judge Susan Richard Nelson.

This stipulation is being made in consideration of judicial economy and to save the parties time, effort and expense should the court grant defendants Rule 12C motion. This motion is strictly a legal motion and does not require any further discovery in order for the court to make its determination. Therefore, the suspension of discovery is appropriate.

Dated this 28th day of November, 2001.

GREGG M. CORWIN & ASSOCIATES
LAW OFFICE, P.C.

Gregg M. Corwin

Gregg M. Corwin #19033
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416

DEC 04 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Telephone: (952) 544-7774

Dated this 3 day of December, 2001.

MARK B. ROTENBERG
General Counsel
University of Minnesota

Tom Schumacher

Thomas J. Schumacher #0251215
Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006
Telephone: (612) 624-4100