**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Christopher L. Falcone,**

**Plaintiff,**

**v.**

**University of Minnesota and the Board of Regents,**

**Defendants.**

**Civil No. 01-1181 (JRT/SRN)**

**NOTICE OF SECOND PRETRIAL CONFERENCE**

TO: Plaintiff above named and to Gregg M Corwin, Esq., Corwin Law Office, 508 East Parkdale Plaza Building, 1660 South Hwy 100, St. Louis Park, MN 55416-1533, attorneys for Plaintiff;

Defendants above named and to Thomas J. Schumacher, Esq., University Of Minnesota, 325 Morrill Hall, 100 Church Street Southeast, Minneapolis, MN 55455, attorneys for Defendants.

If counsel for all parties are not listed above, it is the responsibility of Plaintiff counsel to (1) immediately notify those parties and counsel of this conference, and (2) inform those parties and counsel of the requirements set forth in this notice.

## I. DATE, TIME, PLACE AND PARTICIPANTS

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16 of the Rules of this District as amended effective November 1, 1996, a pretrial conference of trial counsel in the above matter will be held in Chambers at 242 U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, on **November 12, 2002, at 3:30 p.m.,** before United States Magistrate Judge Susan Richard Nelson.

OCT 1 0 2002
Filed ____________
Richard D. Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

## II. MEETING, AND REPORTS REQUIRED

A. Counsel for the parties shall meet and confer on or before **October 29, 2002,** to discuss scheduling matters.

B. Counsel shall deliver a Proposed Scheduling Order to chambers on or before **November 5, 2002.**

Dated: October 10, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge