UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Christopher L. Falcone,

Plaintiff,

vs.

Regents of the University of Minnesota,

Defendant.

Court File No. 01-1181 (JRT/SRN)

STIPULATION AND ORDER
FOR AMENDING
PLAINTIFF'S COMPLAINT

The above-captioned parties, through their respective counsel, hereby stipulate and agree that Plaintiff Christopher L. Falcone may file an Amended Complaint in order to correctly identify Defendant as the Regents of the University of Minnesota in the case caption. Since the Amended Complaint is simply a correction of the identity of the Defendant, the parties stipulate that the Defendant does not have to submit a new Answer, but that the Defendant's Answer filed July 16, 2001 will be the Answer to the Amended Complaint as well.

Dated this 21st day of November, 2002

GREGG M. CORWIN & ASSOCIATES
LAW OFFICE, P.C.

Amanda Cefalu

Gregg M. Corwin (#19033)
Amanda Cefalu (#0309436)
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416
952-544-7774

Attorneys for Plaintiff

NOV 2 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

Dated this 20th day of November, 2002

MARK B. ROTENBERG
General Counsel
University of Minnesota

Lorie S. Gildea (#233961)
Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006
612-624-4100

Attorneys for Defendant

So ordered on this 22nd day of November, 2002.

Susan Richard Nelson
UNITED STATES MAGISTRATE JUDGE