UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Christopher L. Falcone,

Plaintiff,

vs.

Regents of the University of Minnesota,

Defendant.

Court File No. 01-1181 (JRT/SRN)

STIPULATION TO AMEND THE THE SCHEDULING ORDER

---

The above-captioned parties, through their respective counsel, hereby stipulate and agree that plaintiff's expert witnesses are unable to provide disclosure reports before the currently scheduled deadline of February 14, 2003. Therefore the parties agree and stipulate that the Pretrial Scheduling Order may be amended to provide for an extension of time to disclose the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness. The parties agree that the current scheduling order may be amended to provide that plaintiff must disclose this information on or before March 30, 2003, and that defendant must disclose this information on or before May 30, 2003.

The parties also stipulate and agree that the discovery period may also be extended to provide for discovery until June 15, 2003, given the extended period for expert disclosures. The parties also agree that all non-dispositive motions, including those which relate to discovery, shall be served and filed by June 30, 2003 and that all dispositive motions shall be served, filed and heard by August 15, 2003. The parties agree that this case shall be ready for jury trial on October 15, 2003 or upon

FILED FEB 18 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

resolution of any pending dispositive motions. The parties agree that the remaining terms of the Court's Amended Pretrial Scheduling Order, those not specifically altered by this stipulation, will continue to be binding upon the parties.

Dated this 10th day of February, 2003.

GREGG M. CORWIN & ASSOCIATES
LAW OFFICE, P C.

Amanda Cefalu

Gregg M. Corwin #19033
Amanda R. Cefalu #0309436
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416
Telephone: (952) 544-7774
Attorneys for Plaintiff

Dated this 10th day of February, 2003.

MARK B. ROTENBERG
General Counsel
University of Minnesota

Jennifer L. Frisch #257928
Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006
(612) 624-4100
Attorneys for Defendant

**ORDER**

Based upon the Stipulation of the parties, the Pretrial Scheduling Order shall be amended to reflect the above mentioned time extensions.

IT IS SO ORDERED

Dated: February 18, 2003.

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

No further extension shall be granted.