UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher L. Falcone,

Plaintiff,

vs.

Regents of the University of Minnesota,

Defendant.

Court File No. 01-1181 (JRT/SRN)

SECOND STIPULATION TO AMEND THE SCHEDULING ORDER

The above-captioned parties, through their respective counsel, hereby stipulate and agree that the Pretrial Scheduling Order may be amended to provide for an extension of time to disclose the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness. The parties agree that the current scheduling order may be amended to provide that plaintiff must disclose this information on or before April 30, 2003, and that defendant must disclose this information on or before June 30, 2003.

The parties also stipulate and agree that counsel for both parties will be unable to hold a trial until after February 15, 2004. Due to this fact, the parties stipulate and agree that the discovery period may be extended to provide for discovery until July 15, 2003, given the extended period for expert disclosures. The parties also agree that all non-dispositive motions, including those which relate to discovery, shall be served and filed by August 15, 2003, that all dispositive motions shall be served, filed and heard by March 1, 2004 and that the case shall be ready for trial by April 15, 2004.

APR 02 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated this 31st day of March, 2003.

GREGG M. CORWIN & ASSOCIATES
LAW OFFICE, P.C.

Amanda Cefalu

Gregg M. Corwin #19033
Amanda R. Cefalu #0309436
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416
Telephone: (952) 544-7774
Attorneys for Plaintiff

Dated this 1st day of April, 2003.

MARK B. ROTENBERG
General Counsel
University of Minnesota

Jennifer L. Frisch #257928
Associate General Counsel
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006
(612) 624-4100
Attorneys for Defendant

**ORDER**

Based upon the Stipulation of the parties, the Pretrial Scheduling Order shall be amended to reflect the above mentioned time extensions.

IT IS SO ORDERED

Dated: April 2, 2003.

Susan Richard Nelson

Susan Richard Nelson
United States Magistrate Judge

No further extension of time will be granted