UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Christopher L. Falcone,

Plaintiff,

vs.

The University of Minnesota
and the Board of Regents,

Defendants.

---

File No. 01-1181 JRT/SRN

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, Christopher L. Falcone hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment entered in this action on September 3, 2003, and from the United States District Court Order dated September 3, 2003, granting Defendants' motion for summary judgment.

Dated this 25th day of September, 2003.

GREGG M. CORWIN & ASSOCIATES
LAW OFFICE, P.C.

Gregg M. Corwin #19033
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416
Telephone: (952) 544-7774

FILED SEP 2 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK