Paradigm Reporting & Captioning Inc.
1400 Rand Tower
527 Marquette Avenue South
Minneapolis, MN 55402
(612) 339-0545 Fax (612) 337-5575

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 24182 | 06/23/2003 | 02-12610 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/10/2003 | HINSKA | 01-1181 JRT/SRN |
| **CASE CAPTION** | | |
| Christopher L. Falcone vs. The University of Minnesota et al | | |
| **TERMS** | | |
| Net 30 | | |

Jennifer L. Frisch, Esq.
University of Minnesota, Associate General Counsel
Suite 360, University Gateway
200 Oak Street SE
Minneapolis, MN 55455-2006

Condensed copy-Transcript of:
James Pacala, M.D. 139.50
ASCII Disk
Exhibits
Delivery Charges

TOTAL DUE >>>> 139.50

A finance charge of 1.5% per month or the maximum allowed by law may be charged on all balances more than 30 days past due.

Paradigm Reporting & Captioning Inc. thanks you for your business.

TAX ID NO.: 41-1887042 (612) 624-4100

*Please detach bottom portion and return with payment.*

Jennifer L. Frisch, Esq.
University of Minnesota, Associate General Counsel
Suite 360, University Gateway
200 Oak Street SE
Minneapolis, MN 55455-2006

Invoice No.: 24182
Date : 06/23/2003
**TOTAL DUE : 139.50**

Job No. : 02-12610
Case No. : 01-1181 JRT/SRN
Christopher L. Falcone vs. The Univers

Remit To: **Paradigm Reporting & Captioning Inc.**
**1400 Rand Tower**
**527 Marquette Avenue South**
**Minneapolis, MN 55402**