Benchmark Reporting Agency
501 Marquette Ave
Suite 1404
Minneapolis, MN 55402
(612) 338-3376 Fax (612) 338-5226

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 58232 | 07/14/2003 | 01-12741 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/10/2003 | MCKOJA | |

**CASE CAPTION**

Christopher L. Falcone vs. The U of M

**TERMS**

Due upon receipt

RECEIVED
JUL 15 2003
OFFICE OF GENERAL COUNSEL

Jennifer L. Frisch
University of Minnesota
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006

| | | | |
|---|---|---|---|
| ORIGINAL TRANSCRIPT OF: Christopher L. Falcone | 359 Pages @ | 5.16/Page | 1,852.44 |
| EXHIBITS | 202 Pages @ | .35/Page | 70.70 |
| REPORTER ATTENDANCE | 8.50 Hours | | 297.50 |
| Litigation Support | | | 25.00 |
| Delivery Charge | | | 33.00 |
| | **TOTAL DUE >>>>** | | **2,278.64** |
| | AFTER 08/13/2003 PAY | | 2,620.44 |

Please take advantage of the prompt payment discount.
If paid within 30 days, please pay the lower amount.

TAX ID NO.: 41-1224131

(612) 624-4100 Fax (612) 626-9624

*Please detach bottom portion and return with payment.*

Jennifer L. Frisch
University of Minnesota
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006

Invoice No. : 58232
Date : 07/14/2003
**TOTAL DUE : 2,278.64**
AFTER 8/13/2003 PAY : 2,620.44

Job No. : 01-12741
Case No. : 01-1181 JRT/SRN
Christopher L Falcone vs. The U of

Remit To: **Benchmark Reporting Agency**
**501 Marquette Ave**
**Suite 1404**
**Minneapolis, MN 55402**