**ITEMIZED FEES FOR EXEMPLIFICATION AND**
**COPIES OF PAPERS NECESSARILY OBTAINED IN THE CASE**
**(3 copies: service, filing, Judge)**

| | | |
|---|---|---|
| 1. | Reproduction of Memorandum and Record in Support of Defendants' Motion for Summary Judgment (214 pages x 3 copies at $0.20/page) | $ 128.40 |
| 2. | Service fees for Memorandum and Record | 35.00 |
| 3. | Reply Memorandum and Record in Support of Defendants' Motion for Summary Judgment (175 pages x 3 copies at $0.20/page) | 105.00 |
| 4. | Service fees for Reply Memorandum and Record | 35.00 |
| | **TOTAL** | **$ 303.40** |