# METRO LEGAL SERVICES

**Legal Support Specialists Since 1969**

**Invoice 543395**

**Invoice Date 05/08/03**

Page 1

The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA
Phone: 800/488-8994 612/332-0202 Fax: 612/332-5215
www.metrolegal.com Corp Fed Tax ID 41-1254535

MAY 0 9 2003
OF GENERAL COU

Service of Process
Court Filings
Courier Service
Public Records Searches
Real Property Recordings
Nationally Arranged Services
Skip Tracing
Asset Searches

Send To:
Lucia Blau
University of Minnesota Legal Dept
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006

Customer Original

| Customer | Ship Via | Our Order Number | Terms |
|---|---|---|---|
| UNIMIL | | | Net 30 Days |

| Billing Reference | Cust Service ID | Order Date | |
|---|---|---|---|
| JLF-Falcone | SB | 05/06/03 | |

| Code | Service Item | Item Description | Amount |
|---|---|---|---|
| 01 | LP4B | Legal Process Service - 48 Hour Rate<br>Amanda Cefalu, 5/6<br>St. Louis Park | 35.00 |
| | | Tax | 0.00 |
| | | Total Invoice | 35.00 |

**Remittance Stub**

Lucia Blau
University of Minnesota Legal Dept.
360 McNamara Alumni Center
200 Oak Street S.E.
Minneapolis, MN 55455-2006

**Invoice 543395**
**Invoice Date 05/08/03**
**Customer UNIMIL**
Billing Ref JLF-Falcone

***METRO LEGAL SERVICES***
The Towle Building
330 2nd Ave South, Suite 150
Minneapolis, MN 55401-2217 USA

Tax 0.00
**Total Invoice 35.00**

Terms: Net 30 Days