# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

RECEIVED
BY MAIL

JAN - 3 2005

CLERK US DIST COURT
MINNEAPOLIS MN

No. 03-3469

Christopher L. Falcone, *
*
Appellant, *
01cv1181 JRT/SRN
* Appeal from the United States
vs. * District Court for the
* District of Minnesota
University of Minnesota, *
*
Appellee. *

### JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

November 15, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans