# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-3469

| | | |
|---|---|---|
| Christopher L. Falcone, | * | |
| Appellant, | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| University of Minnesota, | * | |
| Appellee. | * | |

Appellee shall recover from the appellant the sum of Two Hundred Nineteen Dollars and Eighty Cents ($219.80) as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

(5232-010199)

January 6, 2005

Order Entered Under Rule 27B(a):

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

SCANNED
JAN 10 2005
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

January 6, 2005

Ms. Jennifer Lynn Frisch
UNIVERSITY OF MINNESOTA
Office of the General Counsel
300 McNamara Alumni Center
200 Oak Street, S.E.
Minneapolis, MN 55455-2006

Re: 03-3469 Christopher Falcone vs. Univ. of Minnesota

Dear Counsel:

Enclosed is a copy of an order entered today in the above case.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms

Enclosure(s)

cc: Honorable John R. Tunheim, U.S. District Judge
Gregg Marlowe Corwin
Marianne Eileen Durkin
Richard Sletten, Clerk

District Court/Agency Case Number(s): CIV 01-1181 JRT/SRN

RECEIVED
BY U.S. MAIL
2005 JAN 10 AM 9:10
CLERK, U.S. DIST COURT
MINNEAPOLIS, MN